AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| FILED | LODGED |
|---|---|
| ✗ RECEIVED | COPY |

DEC 0 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America
v.
Donald Day, Jr().

*Defendant*

)
)
)
)
)
)
)

Case No.   CR-23-8132-PCT-JJT

SEALED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Donald Day, Jr.                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:875(c) - Interstate Threats


*Issuing officer's signature*

City and state:   Phoenix, Arizona

cc: PTS

ISSUED ON 10:59 am, Nov 30, 2023
s/ Debra D. Lucas, Clerk

M. Pruneau, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 11/30/2023, and the person was arrested on *(date)* 12/01/2023
at *(city and state)*   HEBER, AZ

Date:   12/04/2023

BY: _____
*Arresting officer's signature*

F.B.I.
*Printed name and title*