**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | | |
|---|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** December 4, 2023 | **SEALED** |
| **USA v. Donald Day, Jr.** | **Case Number:** CR-23-08132-001-PCT-JJT | |

**Assistant U.S. Attorney:** Dondi Jean Osborne for David A. Pimsner
**Attorney for Defendant:** Luke Stephen Mulligan, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:**  ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

**INITIAL APPEARANCE**
☒ Indictment Filed   **Date of Arrest:** December 1, 2023
☒ NO Financial Affidavit taken; Defendant sworn as to financial status.
Appointing attorney Luke Stephen Mulligan, Assistant Federal Public Defender, on behalf of the defendant for Flagstaff proceedings only.
☒ Defendant states true name to be SAME.
 Further proceedings ORDERED in Defendant's true name.
☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to 18§3142(e) & (f) is  ☒ Granted  ☐ Denied.
☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to
 ☒ 18§ 3142(f)  ☐ 18§ 3142(d)

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

**Arraignment and Detention Hearing** set for Tuesday, December 5, 2023 at 10:30 a.m. before Magistrate Judge Camille D. Bibles at 123 N. San Francisco Street, Flagstaff, Arizona.

| | |
|---|---|
| **Recorded By** Courtsmart | **IA     9 min** |
| **Deputy Clerk** Christina Davison | |
| | **Start:  10:07 am** |
| | **Stop:   10:16 am** |

CC:  AUSA (Flagstaff/Phoenix), AFPD (Mulligan), PTS (Flagstaff), & USM (Flagstaff)