**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – FLAGSTAFF**

| | |
|---|---|
| **U.S. Magistrate Judge:** Camille D. Bibles | **Date:** December 5, 2023 |
| **USA v. Donald Day, Jr.** | **Case Number:** CR-23-08132-001-PCT-JJT |

**Assistant U.S. Attorney:** Dondi Jean Osborne for David A. Pimsner
**Attorney for Defendant:** Luke Stephen Mulligan, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ

Government moves to unseal case upon Defendant's arrest.  Court ORDERS case unsealed. (Documents 1, 2, 3, 4, 8, 9, and 10)

**DETENTION HEARING:**   ☒ Held  ☐ Continued  ☐ Submitted  ☐ UA
PTS recommends: Detention.
Government position: Detention.
Defense recommends: Release.
Government's request for detention  ☒ Granted  ☐ Denied
☒ Defendant Ordered detained pending Trial

**ARRAIGNMENT HEARING**
☒ Held  ☐ Continued  ☐ Submitted

Plea of NOT guilty entered to all pending counts.

☒ Defendant provided with copy of Indictment.  ☒  Reading waived.

**Motion Deadline:** December 26, 2023

**Jury Trial** set for Tuesday, February 6, 2024 at 9:00 a.m. before District Judge John J. Tuchi, in Courtroom 505, 401 West Washington Street, Phoenix, Arizona.

| | |
|---|---|
| **Recorded By** Courtsmart | ARR   8 min |
| **Deputy Clerk** Christina Davison | DH    51 min |
| | Start:  10:26 am and 2:34 pm |
| | Stop:   10:34 am and 3:25 pm |