JON M. SANDS
Federal Public Defender
District of Arizona
250 N. 7th Ave., Suite 600
Phoenix, Arizona 85007
Phone: 602-382-2700

Jami Johnson, NY Bar #04823373
Assistant Federal Public Defender
jami_johnson@fd.org
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-08132-PCT-JJT |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE TRIAL AND EXTEND TIME TO FILE PRETRIAL MOTIONS** |
| vs. | |
| Donald Day, Jr. | **(First Request)** |
| Defendant. | **Trial set April 22, 2025** |

On March 30, 2025, the Federal Public Defender's Office in the District of Arizona discovered a ransomware and data exfiltration event affecting local file storage and data backup systems on its network. At this time, the office has no access to its network and, accordingly, staff are limited in the work they can do. For this reason, Defendant Donald Day, Jr., through undersigned counsel, hereby moves this Court to vacate or continue the current firm trial date of April 22, 2025, as well as pending deadlines associated with the trial. Defendant further moves that the final pretrial conference currently set for April 15, 2025, be converted to a status conference to set a new trial date.

Defense counsel has contacted Assistant U.S. Attorneys David Pimsner and Abbie Broughton of the contents of this motion, and the government has no objection to the requested continuances.

...

Excludable delay under Title 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted:    April 4, 2025.

JON M. SANDS
Federal Public Defender

 s/Jami Johnson
JAMI JOHNSON
Assistant Federal Public Defender
*Attorney for Defendant*